District of Massachusetts
The John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300,
Boston, Ma. 02210

Attachment 1
Civil Action
No. 02-BEM-02376

Complaint

1. I Maryann J. Mecrones, of 10 Greeley Village Lexington, Massachusetts have due to experience educational preparation and application find reason to file claim against the defendant Lexington School Administration Office of 1557 Massachusetts Avenue Lexington, Ma for discrimination against me in the category of Unfair Employment Practices or just simply not at all.

2. The Jurisdiction: I have chosen to file at Boston, Mass because of resident's proximity and health.

PRO SE

in addition to some general Boston familiarities are some reasons for my choice.

3. Application Refusals were numerous from 1993 to 2000 in the Lexington School Administration Office when I finally succumbed to substitute teaching, that is, subject to daily calls as needed. I answered to three assignments in three different schools and locations. Returning to the District Office at close of day as told clearly by each principal or replacement, I would only receive as an answer, no openings available. Will you notify me when one occurs and I would respond. Yes we will see to it. And this also never took place.

I one time called the Bedford School Department and was told, "if There is nothing in Lexington there is nothing here." I was advised by Lexington to call out.

In addition my professional preparation is as such. Emmanuel College AB Music and Mass. credentialed. Harvard University Extension Certificate – History and came very highly recommended by both Institutions and both were refused and reiterate from 1994-2000.

I expect compensation from the inception of my applications in the town of Lexington Massachusetts while and during my attendance at Harvard University Graduate School, 1994 until 2004 time of filing this claim.

PRO SE