

FILED
...OFFICE

...04 JUL 29 P 1: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

4. Do you have any cash or checking or savings accounts? ☒ Yes ☐ No

   If "Yes," state the total amount. $15.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No

   If "Yes," describe the property and state its value.
   Stonebridge Life Ins. Co.  — $500,000 -  no interest
   People's Benefit Ins. — Burial - $25,000  no interest
   Disability Insurance  SSI-DI  $442.15 per month
                         State  $200.00 per month
   Gifts —                      $200.00 Annually

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   No dependents

I declare under penalty of perjury that the above information is true and correct.

July 28, 2004                Maryann T. McCroma
_____                _____
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.