UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARYANN J. MECRONES,
    Plaintiff,

    v.                                    Civil Action No.  04-11669-RGS

LEXINGTON SCHOOL ADMINISTRATION,
    Defendant.

ORDER OF DISMISSAL

STEARNS, D.J.

In accordance with this Court's order dated August 25, 2004, because plaintiff has failed to file an amended complaint on or before September 29, 2004, it is ORDERED that the within action be and it is hereby dismissed without prejudice.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date October 6, 2004

(noticeofdismissal.wpd - 12/98)                                                                [odism.]